THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

IRENE ZHANG, individually; LEI DONG, individually; CATHERINE XIAOMEI LIU, individually; ROBERT ROBBINS, individually, and as the parent, next friend, and guardian ad litem on behalf of A.R., a minor, F.R., a minor, S.R., a minor, A.R., a minor, and C.R., a minor; VANESSA ROBBINS, individually; COOPER ROBBINS, individually; LUCY GLASSMAN, individually; RICKY GLASSMAN, individually; NORA HELEN FERRUFINO, individually; CHARLES SHEN HAO, individually; CHOON YUL LEE, individually; YOON KIL LEE, individually; HYUN SHIM KIM, individually: YAN DENG, individually; GUO QIANG DING, individually; JACQUELINE GEE, individually; YU QIAN GE, individually; BILAN HEIF, individually; SOPHIA JIANG, individually; XIN JIE LI, individually; JOE YOUNG SUNG, individually; YU DAN WANG, individually; SALVADOR F. RIVAS, individually; MING WU, individually and as the parent, next friend, and guardian ad litem on behalf of J.W., a minor, and F.W., a minor; YUAN XIE, individually, XINGWEN YE, individually; YONG CHEN ZHI, individually; ZHENG LIANG, individually; SZUTING CHEN, individually; SHEE WAI KUEN, individually; ZHONG PING GAO, individually; YUAN GAO, individually and as the parent, next friend and guardian ad litem on behalf of E.S., a minor; and POES 1 through 10, inclusive;

    Plaintiffs,

  v.

THE BOEING COMPANY, a Delaware corporation; and DOES 1 through 50, inclusive,

    Defendants.

No. 2:21-CV-00666-RSM

**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (No. 2:21-CV-00666-RSM) –1
01038-8345/RESTRICTED92374541.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Pursuant to the Stipulation For Extension of Time To Respond to Complaint, and good cause shown,

IT IS HEREBY ORDERED extending the time for Defendant The Boeing Company to respond to the First Amended Complaint through June 25, 2021.

DATED this 27th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Carlos F. Llinos Negret*
Carlos F. Llinas Negret (SBN 52253)
Stuart R. Fraenkel (Pro Hac Pending)
**Nelson & Fraenkel LLP**
601 S. Figueroa St., Ste. 2050
Los Angeles, CA 90017
Tel: 844-622-6469
Fax: 213-622-6019
Email: cllinas@nflawfirm.com

*Attorney for Plaintiffs*

ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (No. 2:21-CV-00666-RSM) –2
01038-8345/RESTRICTED92374541.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

By: *s/ Jeffery S. Clackley*
John D. Dillow #5979
Jeffery S. Clackley #48133
Attorneys for Defendant The Boeing Company
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: JDillow@perkinscoie.com
JClackley@perkinscoie.com

ORDER GRANTING STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT (No. 2:21-CV-00666-RSM) –3

01038-8345/RESTRICTED92374541.3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000