UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE ZHANG, et al.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>THE BOEING COMPANY, et al.,<br><br>　　　　　Defendant. | Case 2:21-cv-00666-RSM<br><br>Hon. Ricardo S. Martinez<br><br>**ORDER ON JOINT MOTION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT, IN LIGHT OF NEWLY ADDED PARTIES** |

After consideration of the parties' Joint Motion to Extend Deadline to File Joint Status Report, In Light of Newly Added Parties ("Joint Motion") [Dkt. 17.], and showing good cause, the Joint Motion is GRANTED. The deadlines are continued as follows:

- Rule 26(f) conference of parties:  September 17, 2021.
- Joint Status Report: October 1, 2021.

DATED this 9th day of August, 2021.

　　　　　　　　　　　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　RICARDO S. MARTINEZ
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

---

**ORDER ON PLAINTIFFS' UNCONTESTED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**