# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IRENE ZHANG, et al. <br><br> Plaintiffs, <br><br> v. <br><br> THE BOEING COMPANY, et al., <br><br> Defendant. | Case 2:21-cv-00666-RSM <br><br> Hon. Ricardo S. Martinez <br><br> **ORDER ON PLAINTIFFS' UNCONTESTED MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

After consideration of the Plaintiffs' Uncontested Motion For Leave To File Second Amended Complaint [Dkt. 16], IT IS HEREBY ORDERED:

The Plaintiffs' Uncontested Motion For Leave To File Second Amended Complaint is GRANTED.

Plaintiffs shall file their Second Amended Complaint within 21 days of this Order.

DATED this 9th day of August, 2021.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE