1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

IRENE ZHANG, individually; LEI DONG,
individually; CATHERINE XIAOMEI LIU,
individually; ROBERT ROBBINS, individually,
and as the parent, next friend, and guardian ad litem
on behalf of A.R., a minor, F.R., a minor, S.R., a
minor, A.R., a minor, and C.R., a minor;
VANESSA ROBBINS, individually; COOPER
ROBBINS, individually; LUCY GLASSMAN,
individually; RICKY GLASSMAN, individually;
NORA HELEN FERRUFINO, individually;
CHARLES SHEN HAO, individually; CHOON
YUL LEE, individually; YOON KIL LEE,
individually; HYUN SHIM KIM, individually:
YAN DENG, individually; GUO QIANG DING,
individually; JACQUELINE GEE, individually;
YU QIAN GE, individually; BILAN HEIF,
individually; SOPHIA JIANG, individually; XIN
JIE LI, individually; JOE YOUNG SUNG,
individually; YU DAN WANG, individually;
SALVADOR F. RIVAS, individually; MING WU,
individually and as the parent, next friend, and
guardian ad litem on behalf of J.W., a minor, and
F.W., a minor; YUAN XIE, individually,
XINGWEN YE, individually; YONG CHEN ZHI,
individually; ZHENG LIANG, individually;
SZUTING CHEN, individually; SHEE WAI
KUEN, individually; ZHONG PING GAO,
individually; YUAN GAO, individually and as the
parent, next friend and guardian ad litem on behalf
of E.S., a minor; and POES 10 through 10,
inclusive;

Plaintiff,

CASE NO.: 2:21-CV-00666-RSM

**ORDER RE:
STIPULATION FOR EXTENSION
OF TIME TO RESPOND TO
COMPLAINT**

ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT
(No. 2:21-CV-00666-RSM)   -1-

v.

THE BOEING COMPANY, a Delaware, corporation; HONEYWELL, INTERNATIONAL INC., a Delaware corporation; AMETEK INC., a Delaware Corporation; AMETEK AMERON LLC, a Delaware Limited Liability Company; AMETEK AEROSPACE, LLC, a Delaware Limited Liability Company; ROTRON INC., a New York Corporation; and DOES 6 through 50, inclusive,

Defendants.

Pursuant to the Stipulation for Extension of Time to Respond to Complaint, and good cause shown,

IT IS HEREBY ORDERED extending the time for Defendants Ametek, Inc., Ametek Ameron LLC, Ametek Aerospace, LLC, and Rotron Inc. to respond to the Second Amended Complaint through October 1, 2021.

DATED: This 1st day of September, 2021.

_____

The Honorable Ricardo S. Martinez
United States District Judge

ORDER GRANTING STIPULATION
EXTENDING TIME TO RESPOND TO COMPLAINT
(No. 2:21-CV-00666-RSM)  -2-