THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IRENE ZHANG, individually; LEI DONG, individually; CATHERINE XIAOMEI LIU, individually; ROBERT ROBBINS, individually, and as the parent, next friend, and guardian ad litem on behalf of A.R., a minor, F.R., a minor, S.R., a minor, A.R., a minor, and C.R., a minor; VANESSA ROBBINS, individually; COOPER ROBBINS, individually; LUCY GLASSMAN, individually; RICKY GLASSMAN, individually; NORA HELEN FERRUFINO, individually; CHARLES SHEN HAO, individually; CHOON YUL LEE, individually; YOON KIL LEE, individually; HYUN SHIM KIM, individually: YAN DENG, individually; GUO QIANG DING, individually; JACQUELINE GEE, individually; YU QIAN GE, individually; BILAN HEIF, individually; SOPHIA JIANG, individually; XIN JIE LI, individually; JOE YOUNG SUNG, individually; YU DAN WANG, individually; SALVADOR F. RIVAS, individually; MING WU, individually and as the parent, next friend, and guardian ad litem on behalf of J.W., a minor, and F.W., a minor; YUAN XIE, individually, XINGWEN YE, individually; YONG CHEN ZHI, individually; ZHENG LIANG, individually; SZUTING CHEN, individually; SHEE WAI KUEN, individually; ZHONG PING GAO, individually; YUAN GAO, individually and as the parent, next friend and guardian ad litem on behalf of E.S., a minor; and POES 10 through 10, inclusive; | CASE NO.: 2:21-CV-00666-RSM<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

STIPULATION OF VOLUNTARY DISMISSAL   -1-
WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)

263082573v.1
263245632v.1

|   | Plaintiff, |
|---|---|
| v. | |
| THE BOEING COMPANY, a Delaware, corporation; HONEYWELL, INTERNATIONAL INC., a Delaware corporation; AMETEK INC., a Delaware Corporation; AMETEK AMERON LLC, a Delaware Limited Liability Company; AMETEK AEROSPACE, LLC, a Delaware Limited Liability Company; ROTRON INC., a New York Corporation; and DOES 6 through 50, inclusive, | |
|   | Defendants. |

Plaintiffs IRENE ZHANG, individually; LEI DONG, individually; CATHERINE XIAOMEI LIU, individually; ROBERT ROBBINS, individually, and as the parent, next friend, and guardian ad litem on behalf of A.R., a minor, F.R., a minor, S.R., a minor, A.R., a minor, and C.R., a minor; VANESSA ROBBINS, individually; COOPER ROBBINS, individually; LUCY GLASSMAN, individually; RICKY GLASSMAN, individually; NORA HELEN FERRUFINO, individually; CHARLES SHEN HAO, individually; CHOON YUL LEE, individually; YOON KIL LEE, individually; HYUN SHIM KIM, individually: YAN DENG, individually; GUO QIANG DING, individually; JACQUELINE GEE, individually; YU QIAN GE, individually; BILAN HEIF, individually; SOPHIA JIANG, individually; XIN JIE LI, individually; JOE YOUNG SUNG, individually; YU DAN WANG, individually; SALVADOR F. RIVAS, individually; MING WU, individually and as the parent, next friend, and guardian ad litem on behalf of J.W., a minor, and F.W., a minor; YUAN XIE, individually, XINGWEN YE, individually; YONG CHEN ZHI, individually; ZHENG LIANG, individually; SZUTING CHEN, individually; SHEE WAI KUEN, individually; ZHONG PING GAO, individually; YUAN GAO,

STIPULATION OF VOLUNTARY DISMISSAL    -2-
WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)

263082573v.1
263245632v.1

individually and as the parent, next friend and guardian ad litem on behalf of E.S., a minor; (hereinafter "Plaintiffs", defendants THE BOEING COMPANY, a Delaware, corporation (hereinafter "Boeing"); HONEYWELL INTERNATIONAL INC., a Delaware corporation (hereinafter "Honeywell"); AMETEK INC., a Delaware Corporation; AMETEK AMERON LLC, a Delaware Limited Liability Company; AMETEK AEROSPACE, LLC, a Delaware Limited Liability Company; and ROTRON, INC., a New York Corporation (hereinafter collectively "Ametek") through their respective counsel of record, collectively Plaintiffs and Defendants (the "Parties"), reached a settlement agreement on September 1, 2022 in the above-named action before this honorable Court.

All conditions of the September 1, 2022 settlement agreement have been executed by the Parties. As a result, Parties agree for Plaintiffs to bring a voluntary dismissal by stipulation *with prejudice* of this the above-named action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Further, Parties agree to bear their own costs, expenses, and attorneys' fees in connection with this action.

**WE, THE PARTIES, SO CONSENT:**

DATED: April 26, 2023

> NELSON & FRAENKEL LLP
>
> By: /s/ Carlos F. Illinas Negret
> CARLOS F. ILLINAS NEGRET
> *Attorneys for Plaintiffs*

STIPULATION OF VOLUNTARY DISMISSAL -3-
WITH PREJUDICE PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE
41(a)(1)(A)(ii)

263082573v.1
263245632v.1

PERKINS COIE LLP

By: /s/ Jeffery S. Clackley
    JOHN D. DILLOW
    JEFFERY S. CLACKLEY
    *Attorneys for The Boeing Company*

KELLER ROHRBACK LLP

By: /s/ Beth M. Strosky
    BETH M. STROSKY,
    BENJAMIN J. LANTZ
    Attorneys for *Honeywell International Inc.*

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By: /s/ Ramona N. Hunter
    RAMONA N. HUNTER
    *Attorneys for Ametek Inc., Ametek Ameron, LLC, Ametek Aerospace, LLC, and Rotron, Inc.*

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)     -4-

263082573v.1
263245632v.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

NELSON & FRAENKEL LLP

By: /s/ Carlos F. Illinas Negret
    CARLOS F. ILLINAS NEGRET
    *Attorneys for Plaintiffs*
